SAMUEL COSENTINO, Appellant, v SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C., Respondent.

Submitted February 2, 2009; decided March 31, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

GEORGE EREMEYEV et al., Appellants, v MANHATTAN EYE, EAR & THROAT HOSPITAL, et al., Respondents.

Submitted March 2, 2009; decided March 31, 2009

Motion for reargument of motion for leave to appeal etc. denied [see 11 NY3d 903 (2009)]. Motion for poor person relief dismissed as academic.

Chief Judge LIPPMAN taking no part.

In the Matter of FRIENDLY CAR WASH MAIN STREET, INC., et al., Appellants. COMMISSIONER OF LABOR, Respondent.

Decided March 31, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.